```
ISMAIL J. RAMSEY, CSBN 189820
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4828
     Facsimile: (415) 744-0134
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET E. DARCEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 4:22-cv-09080-DMR<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　The parties stipulate through counsel that the time for Defendant, the Acting Commissioner of Social Security (the "Commissioner"), to file her response to Plaintiff's Motion to Remand for Administrative Hearing ("Motion") (ECF No. 13) be extended by thirty (30) days, from May 22, 2023, up to and including June 21, 2023. This is Defendant's first request for an extension of time to file her response to Plaintiff's Motion.

　　　The undersigned attorney for Defendant was recently reassigned to this case, on May 10, 2023, less than two weeks from the date of Defendant's current deadline. The undersigned attorney needs more time to review the administrative record, determine whether settlement

Stip. to Extend; 4:22-cv-09080-DMR

options may exist, and, if not, respond to Plaintiff's Motion. In addition, the undersigned attorney already has four district court briefs due in the next two weeks. For these reasons, the Commissioner respectfully requests an extension of 30 days, until June 21, 2023, to respond to Plaintiff's Motion. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order (ECF No. 6) shall be modified accordingly.

Respectfully submitted,

Dated: May 10, 2023          By:   */s/ Donald Harrison Medearis*
                                   DONALD HARRISON MEDEARIS
                                   Bay Area Legal Aid
                                   (as authorized by email)
                                   Attorney for Plaintiff

Dated: May 10, 2023                ISMAIL J. RAMSEY (CSBN 189820)
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation, Office 7
                                   Social Security Administration

                             By:   */s/ Elizabeth Landgraf*
                                   ELIZABETH LANDGRAF
                                   Special Assistant United States Attorney
                                   Attorney for Defendant

IT IS SO ORDERED:

DATE: May 11, 2023

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge