DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
JANET E. DARCEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANET E. DARCEY,<br><br>    Plaintiff,<br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 4:22-cv-09080-DMR<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION** |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of 21 days to file her Reply in response to Defendant's Opposition. The current due date for Plaintiff's Reply is Wednesday, July 5, 2023. The new due date for filing Plaintiff's Reply will be Wednesday, July 26, 2023.

  This extension is necessary because Plaintiff's attorney had jury service every day this past week, was selected as a juror for a trial which began Wednesday, June 28, 2023, and the trial will resume July 5, 2023, the same day that Plaintiff's Reply is currently due. (see Superior Court Certification of Jury Service, attached). Plaintiff's attorney needs a 21-day

STIPULATION TO FIRST EXTENSION FOR PLAINTIFF'S REPLY; Case No. 4:22-cv-09080-DMR

1

extension because the Superior Court Judge in the jury trial explained the trial may last as long as July 12, 2023, and because Plaintiff's attorney represents two Social Security claimants whose administrative hearings have been scheduled for Wednesday, July 19, 2023, and Thursday, July 20, 2023, for which he needs to do additional preparation. Plaintiff's attorney sincerely apologizes to the Court and to Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                  Respectfully submitted,

Dated: June 30, 2023

*/s/Donald H. Medearis*
DONALD HARRISON MEDEARIS
Attorney for Plaintiff Janet E. Darcey

Dated: June 30, 2023

ISMAIL J. RAMSEY
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   */s/Elizabeth Landgraf* *
(*as authorized by email on 6/30/2023)
ELIZABETH LANDGRAF
Special Assistant United States Attorney

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: July 3, 2023

By: _____
THE HONORABLE JUDGE DONNA M. RYU
Chief Magistrate Judge

STIPULATION TO FIRST EXTENSION FOR PLAINTIFF'S REPLY; Case No. 4:22-cv-09080-DMR